# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

| | |
|---|---|
| SERGIO ALEJANDRO SILVA,<br><br>          Plaintiff,<br><br>     v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>          Defendant. | Case No.:  0:23-cv-60618-AHS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Sergio Alejandro Silva, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the complaint with prejudice against Defendant Equifax Information Services, LLC ("Equifax").

Plaintiff is dismissing this action as to Equifax because Plaintiff and Equifax have settled all claims between them in this matter.

Equifax has neither filed an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 41(a)(1) is therefore appropriate.

//

RESPECTFULLY SUBMITTED this 13th day of June 2023.

**CONSUMER ATTORNEYS**

*/s/ Santiago Teran*
Santiago Teran, FL #1018985
2125 Biscayne Blvd, Ste 206
Miami, FL 33137
E: steran@consumerattorneys.com
T: (305) 433-3252
F: (718) 715-1750

*Attorneys for Plaintiff Sergio Alejandro Silva*

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Roxanne Harris*